UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

EDGAR MATTA-VELAZQUEZ,

    Plaintiff,                                                Case No.

v.

PILOT TRAVEL CENTERS, LLC,
GHI INSURANCE CO., ABC
CORPORATION AND JKL
INSURANCE CO.,

    Defendants.

---

## NOTICE OF REMOVAL
---

**COMES NOW** Defendant Pilot Travel Centers, LLC ("Defendant"), by and through its attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby remove the above-captioned cause of action from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin - Milwaukee Division.

In support thereof, Defendants state the following:

1. This action was originally filed by Plaintiff against Defendants on or about December 8, 2021, in Milwaukee County Circuit Court, entitled *Edgar Matta-Valezquez v. Pilot Travel Centers, LLC, et al.* Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint against each Defendant is attached as **Exhibit 1**.

2. Personal service was made upon the Defendant's Registered agent on or about December 9, 2021. A copy of the Return of Service on Defendant is attached to **Exhibit 2**.

3. This case may be removed from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin - Milwaukee Division, pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4. This is a civil action in which Plaintiff claims he is entitled to damages resulting from an incident at the Pilot Travel Center store located at 2031 W. Ryan Road, Oak Creek, Wisconsin, on or about March 11, 2019. Plaintiff is seeking damages for multiple injuries, great pain of body and mind, incurred medical, hospital expenses, lost wages, pain and disability in the future, incur medical and hospital expenses in the future, sustain loss of earning capacity, all to his damage in an undisclosed amount pursuant to Wisconsin Statutes. (**Exhibit 1, ¶¶ 11**).

5. Pilot Travel Centers, LLC is Defendant in this action and has its principal place of business in Knoxville, Tennessee, and is deemed to be a citizen of Tennessee pursuant to 28 U.S.C. 1332(c)(1).

6. Plaintiff is a citizen and resident of Wisconsin.

7. Until April 20, 2022, Plaintiff contended that the damages would not exceed $75,000.

6. On April 20, 2022, Plaintiff advised Defendant that he was intending to claim damages in excess of $75,000.

7. Pursuant to 28 USC § 1446 (3), a notice of removal may be filed within thirty days after receipt of other paper from which it may first be ascertained that the case is one which has become removable.

8. Counsel for Plaintiff, Edgar Matta-Valezquez, and counsel for Defendant, Pilot Travel Centers, LLC, have stipulated to the removal of this matter from the Milwaukee County

2

Circuit Court to the United States District Court for the Eastern District of Wisconsin - Milwaukee Division.

8. Counsel that has appeared on behalf of Plaintiff in the state court is:

Ricardo F. Estrada
SPERLING LAW OFFICES, LLC
100 East Wisconsin Avenue, Suite 1020
Milwaukee, WI 53202
Telephone: (414) 273-7100

9. This Notice of Removal is being served upon the Parties by U.S. Mail and it is being filed with the Clerk of the Milwaukee County Circuit Court.

**WHEREFORE**, Defendant Pilot Travel Centers, LLC give notice that the above-captioned action now pending against them in Milwaukee County Circuit Court is being removed therefrom to the United States District Court for the Eastern District of Wisconsin - Milwaukee Division.

Dated at Milwaukee, Wisconsin May 2, 2022.

        **MWH LAW GROUP LLP**
        Attorneys for Pilot Travel Centers, LLC


        By: */s/ Electronically signed by Lynette K. Fons*
        Lynette K. Fons        SBN 1105232
        Carlos R. Pastrana    SBN 1088286
        735 North Water Street, Suite 610
        Milwaukee, WI 53202
        Telephone: (414) 436-0353
        Facsimile: (414) 436-0354
        lynette.fons@mwhlawgroup.com
        carlos.pastrana@mwhlawgroup.com